JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GARY AGOSTO,

               Plaintiff,

     v.

COUNTY OF LOS ANGELES, *et al*.,

               Defendants.

Case No. 2:21-cv-08305-FWS-JDE

**JUDGMENT**

///

///

///

On May 11, 2023, the court held oral argument on the Motion for Summary Judgment, or in the Alternative, Summary Adjudication ("Motion") filed by Defendant County of Los Angeles ("Defendant"), and thereafter took the Motion under submission. (Dkt. 48.) After full consideration of the papers, evidence, oral argument, and authorities submitted by the parties, as well as the briefs and other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an order **GRANTING** summary judgment for Defendant on each of Plaintiff Gary Agosto's ("Plaintiff") claims for negligence and an unconstitutional policy, practice, or custom under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 694 (1978). (Dkt. 62.) Accordingly, the court finds that Defendant is entitled to judgment as a matter of law on all causes of action and claims asserted against it in this action. The court has considered Defendant's Proposed Judgment (Dkt. 63) and has not received any objections by Plaintiff to Defendant's Proposed Judgment. (*See generally* Dkt.)

In accordance with the court's summary judgment Order (Dkt. 62):

1. Final Judgment is entered in favor of Defendant and against Plaintiff on all claims asserted by Plaintiff against Defendant.

2. Any motion or application for costs made by Defendant must be filed in compliance with L. R. 54-2, *et seq*.

**IT IS SO ORDERED**.

Dated: September 15, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE